**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PRISON LEGAL NEWS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15 CV 9250 |
| | ) | |
| v. | ) | |
| | ) | Honorable Harry D. Leinenweber |
| COUNTY OF KANE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANTS' MOTION FOR SETTLEMENT CONFERENCE

NOW COME Defendants COUNTY OF KANE, SHERIFF DONALD E. KRAMER, LIEUTENANT COREY HUNGER, LIEUTENANT JAMES LEWIS, and LIEUTENANT JOHN HICKEY, by and through their Attorney, JOSEPH H. MCMAHON, through his Assistants, Lindsay Hatzis and Erin Gaeke, and ask this Court for a settlement conference. In support thereof, Defendants state:

1. On October 19, 2015, Plaintiff's filed the Complaint in this matter. (Doc. No. 1).

2. On November 12, 2015 and December 1, 2015, Defendants waived service of summons. (Doc. Nos. 12, 12-1, 12-2, 12-3, 12-4).

3. The parties have been and are currently engaged in substantive and good-faith settlement discussions, which could potentially obviate the need for further litigation.

4. The parties believe that this matter can be successfully settled.

5. Defendants believe a settlement conference before a District or Magistrate Judge would be beneficial and productive in resolving this matter, however, Plaintiff has requested private mediation.

6. In an effort to keep litigation costs down, and prevent any unnecessary pleadings, Defendants request this Court schedule a settlement conference.

WHEREFORE, Defendants COUNTY OF KANE, SHERIFF DONALD E. KRAMER, LIEUTENANT COREY HUNGER, LIEUTENANT JAMES LEWIS, and LIEUTENANT JOHN HICKEY, respectfully request this Court schedule a settlement conference in this matter.

Respectfully submitted,
/s/ Lindsay Hatzis
Assistant State's Attorney

JOSEPH H. MCMAHON
Kane County State's Attorney
Lindsay Hatzis
Erin Gaeke
Assistant State's Attorneys
100 South Third Street, 4th Floor
Geneva, Illinois 60134
hatzislindsay@co.kane.il.us
(630) 208-5320
Atty. No. 6299985