# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PRISON LEGAL NEWS ) ) Plaintiff, ) ) v. ) ) COUNTY OF KANE, et al., ) ) Defendants. ) ) | Case No.: 15-cv-9250 Honorable Harry D. Leinenweber |

## COUNTY OF KANE'S MOTION TO DISMISS

NOW COMES defendant, County of Kane ("Kane County") by and through its attorney, State's Attorney Joseph H. McMahon, through his Assistants Erin M. Gaeke and Lindsay Hatzis, pursuant to Fed. R. Civ. P. 12(b)(6), and moves that this Honorable Court dismiss all substantive claims against Kane County, with the stipulation that Kane County would remain an indemnifying party only for purposes of paying any potential judgment against defendants Kramer, Hunger, Lewis, or Hickey in their official capacities. In support of such Motion, Kane County submits the attached memorandum of law.

Respectfully submitted,
COUNTY OF KANE

By: /s/Erin M. Gaeke
Assistant State's Attorney

JOSEPH H. MCMAHON
KANE COUNTY STATE'S ATTORNEY
100 S. Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty Reg. No. 6292443